AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOVIE RAY JACOBS OXENDINE,<br>   Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK and CO.,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:07-CV-71-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that for the reasons stated in the "Brief in Support of Defendant's Motion for Summary Judgment", which the court ADOPTS and INCORPORATES herein, Sears's Motion for Summary Judgment is ALLOWED and this action is DISMISSED.

 THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 11, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Mark D. Locklear<br>321 North Elm St.<br>Lumberton, NC 28358 | Perry C. Henson, Jr.<br>Karen Strom Talley<br>P.O. Box 3525<br>Greensboro, NC 27402 |

| | |
|---|---|
| April 11, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Enyart<br>*(By) Deputy Clerk* |

*Wilmington, North Carolina*